CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
MICHAEL J. SHANNON, ESQ.
Nevada Bar No. 7510
HALL PRANGLE & SCHOONVELD, LLC
1160 North Town Center Drive, Ste. 200
Las Vegas, Nevada 89144
Phone: 702-889-6400
Facsimile: 702-384-6025
efile@hpslaw.com
*Attorneys for Defendant*
*PHC-Elko, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE A. CARNEY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LIFEPOINT HEALTH, INC. (doing business as "Northeastern Nevada Regional Hospital"), a foreign corporation; DOES 1-10; and ROES A-Z<br><br>Defendants. | CASE NO. :  3:19-CV-00074-MMD-WGC<br><br>**STIPULATION AND ORDER TO NAME PROPER PARTY** |

The parties hereto, by and through their respective counsel of records, hereby stipulate and agree that PHC-Elko, Inc. shall be substituted into this case as the sole Defendant in the place and stead of Lifepoint Health, Inc., which shall be dismissed with prejudice.

The parties further stipulate that this case shall be removed from the United States District Court to the Fourth Judicial District Court of Elko County.

**IT IS SO STIPULATED**.

. . .

. . .

. . .

| | |
|---|---|
| DATED this 18th day of July 2019. | DATED this 18th day of July 2019. |
| | HALL PRANGLE & SCHOONVELD, LLC |
| /s/ L. DiPaul Marrero | /s/ Casey Tyler |
| L. DIPAUL MARRERO II, ESQ.<br>5555 Kietzke Lane Suite 150<br>Reno, Nevada 89511<br>*Attorneys for Plaintiff* | CASEY W. TYLER, ESQ.<br>Nevada Bar No. 9706<br>MICHAEL J. SHANNON, ESQ.<br>Nevada Bar No. 7510<br>1160 North Town Center Drive, Ste. 200<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant*<br>*PHC-Elko, Inc.* |

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Order that PHC-Elko, Inc. shall be substituted into this case as the sole Defendant in the place and stead of Lifepoint Health, Inc., which shall be dismissed with prejudice.

IT IS FURTHER ORDERED that this case shall be removed from the United States District Court to the Fourth Judicial District Court of Elko County

IT IS SO ORDERED.

Dated: July 19, 2019.

_____
UNITED STATES MAGISTRATE JUDGE